**William BRYANT, Petitioner,**

v.

**SHANNON–POCAHONTAS MINING COMPANY; West Virginia Coal Workers' Pneumoconiosis Fund; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

**No. 00–2062.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 12, 2000.

Decided Jan. 5, 2001.

William Bryant, petitioner pro se. William T. Brotherton, III, Spilman, Thomas & Battle, P.L.L.C., Charleston, WV; Patricia May Nece, Barry H. Joyner, United States Department of Labor, Washington, DC, for respondents.

Before WILKINS, LUTTIG, and KING, Circuit Judges.

PER CURIAM.

William Bryant seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901–945 (West 1986 & Supp. 2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Bryant v. DOWCP,* No. 99–1028–BLA (BRB June 30, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*